**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TERRY ALLAN AILLS, 528365,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:07-CV-1776-N** |
| | ) | **ECF** |
| **NATHANIEL QUARTERMAN, Director** | ) | |
| **Texas Department of Criminal Justice,** | ) | |
| **Correctional Institutions Division** | ) | |
| **Respondent.** | ) | |

<u>**ORDER**</u>

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed October 5, 2009.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE